UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR ART & ARCHITECTURE BOOKS OF THE 21ST CENTURY | No. CV 22-01265 PA<br>USBC Central District of California<br>Los Angeles, 2:13-bk-14135-RK<br>2:15-ap-01679-RK |
| SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Plaintiff,<br><br>v.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; 400 S. LA BREA, LLC, a California limited liability company, JENNIFER KELLEN, an individual, CATHAY BANK, a California corporation, DARYOUSH DAYAN, an individual, KAMRAN GHARIBIAN, an individual, and MICHAEL D. SMITH, an individual,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S SUMMARY JUDGMENT MOTION |

| | |
|---|---|
| 1 | 400 S. La Brea, LLC, a California limited liability company, |
| 2 | |
| 3 | Cross-Complainant, |
| | v. |
| 4 | ACE GALLERY NEW YORK CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; SAM LESLIE as TRUSTEE OF THE PLAN TRUST FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY, |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Cross-Defendants. |

Pursuant to 28 U.S.C. § 157, the Court has conducted a de novo review of all the records on file herein, and the Report and Recommendation of the United States Bankruptcy Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts and adopts the Bankruptcy Judge's findings, conclusions, and recommendations.

Accordingly, the Court grants the Motion for Summary Judgment by Plaintiff Sam S. Leslie, in his exclusive capacity as Plan Agent for Debtor Art & Architecture Books of the 21st Century, against Defendant Douglas Chrismas on Plaintiff's claims for conversion and breach of fiduciary duty, the eleventh and seventeenth claims for relief in the Sixth Amended Consolidated Complaint.

IT IS SO ORDERED.

DATED: May 3, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE