cc:USBC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR ART & ARCHITECTURE BOOKS OF THE 21ST CENTURY<br><br>SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; 400 S. LA BREA, LLC, a California limited liability company, JENNIFER KELLEN, an individual, CATHAY BANK, a California corporation, DARYOUSH DAYAN, an individual, KAMRAN GHARIBIAN, an individual, and MICHAEL D. SMITH, an individual,<br><br>        Defendants. | No. CV 22-01265 PA<br><br>USBC Central District of California<br>Los Angeles, 2:13-bk-14135-RK<br>2:15-ap-01679-RK<br><br>JUDGMENT |

| | |
|---|---|
| 400 S. La Brea, LLC, a California limited liability company, | |
| Cross-Complainant, | |
| v. | |
| ACE GALLERY NEW YORK CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; SAM LESLIE as TRUSTEE OF THE PLAN TRUST FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY, | |
| Cross-Defendants. | |

In accordance with the Court's May 3, 2022 orders, in which the Court granted summary judgment in favor of Plaintiff Sam S. Leslie, in his exclusive capacity as Plan Agent for Debtor, on Plaintiff's claims for conversion and breach of fiduciary duty against Defendant Douglas Chrismas, and found entry of judgment appropriate pursuant to Rule 54(b) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered in the sum of $14,243,884 in favor of Plaintiff and against Defendant Douglas Chrismas; and

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall recover his costs of suit.

DATED: May 3, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE